```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    ORDER
    - v. -                          :
                                    :    S1 21 Cr. 78 (KMW)
ISAIAH SMITH,                       :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x

WHEREAS, with the consent of the defendant, ISAIAH SMITH, his guilty plea allocution was taken before a United States Magistrate Judge on May 16, 2022; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         5/17/22

                                    _____
                                    THE HONORABLE KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK