```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

ISAIAH SMITH,

                         Defendant.
-----------------------------------------------------------------x

**ORDER**
21 CR 78 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for August 17, 2022, is adjourned to September 21, 2022, at 11:30 a.m. Defendant's submission is due by September 7, 2022. Government submission is due by September 14, 2022.

SO ORDERED.

Dated: New York, New York
       August 4, 2022

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE